Acknowledged.

This action is hereby dismissed without prejudice.

Date: __5/29/2018__

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

OGBONNA ANIH, on behalf of himself and
all others similarly situated,

        Plaintiff,

v.

UBER TECHNOLOGIES, INC. and
RASIER, LLC,

        Defendants.

Case No. 1:17-cv-00706-SEB-MJD

## JOINT STIPULATION OF DISMISSAL

It is stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of

Plaintiff Ogbonna Anih should be dismissed without prejudice, with each party to pay its/his

own costs, attorneys' fees, and expenses.

Respectfully submitted,

/s/ Mark J. Plantan
Alan L. McLaughlin (#10182-49)
Emily L. Connor (#27402-49)
Mark J. Plantan (#30808-53)
LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, IN 46204
Telephone: 317.287.3600
Facsimile: 317.636.0712
E-mail: amclaughlin@littler.com
      econnor@littler.com
      mplantan@littler.com

Andrew M. Spurchise (admitted *pro hac vice*)
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022-3298
Telephone: 212.583.2684

Respectfully submitted,

/s/ Paul B. Maslo w/permission by JCA
Paul B. Maslo (admitted *pro hac vice*)
NAPOLI SHKOLNIK PLLC
360 Lexington Ave., 11th Floor
New York, NY 10017
Telephone: 212.397.1000
Email: pmaslo@napolilaw.com

*Attorneys for Plaintiff Ogbonna Anih*

1